IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARK JERNEGAN                                            PLAINTIFF

             v.                     Civil No. 05-2120

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                            DEFENDANT

## **J U D G M E N T**

Now on this 15th day of August, 2006, comes on for consideration the Report and Recommendation dated July 24, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner; and remands the case for further proceedings in accordance with the directions of the court.

                                                                   /s/Jimm Larry Hendren
                                                                   HON. JIMM LARRY HENDREN
                                                                   UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)